Case 2:23-cv-00073-TBM-RPM   Document 1   Filed 05/15/23   Page 1 of 2

Civil No.: 2:23-cv-00073-TBM-RPM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
May 15 2023
ARTHUR JOHNSTON, CLERK

6/11/2023

To whom it may concern,

I Mr. Aaron Paul McClendon, Humbly asks this Court to dismiss / Squash Indictment Case No. 20-27-K. In the 10th Judicial District of Mississippi, Wayne County. I Mr. Aaron Paul McClendon has filed 7 different motions in the lower courts and not the first hearing has been held on any of them. There is a list of the Motions filed below.

### Motions filed in the Lower Courts

3/2/2022 — Motion for Speedy Trial

9/1/2022 — Motion for Transcript of bond Hearing & Local Court Rules In the tenth Circuit Court District of Mississippi, Wayne County.

9/1/2022 — Motion For administrative order of the Grand Jury For the Day 14th of Month Jan. and year 2020. Transcript of the hearing being held.

10/20/2022 — Motion For Speedy Trial

1/6/2023 — Motion For Speedy Trial

2/21/2023 — Motion to Suppress all Evidence

3/13/2023 — Motion to Dismiss/Squash Indictment in Case No. 20-27-K.

①

Thank you all for your time & concern. Please reply in a timely manner. I Mr Aaron Paul McLendon have been discriminated against in the Wayne County Adult detention Center due to the fact that I have filed an lawsuit against 2 officers of the Law in Wayne County. I Mr. Aaron Paul McLendon was a trustee in the Wayne County Jail until I filed lawsuit papers. Now I'm being discriminated against due to the fact of my lawsuit. Please help me to be free from this bondage of hate & racism. Thank you & God ~~bless~~ bless America,

Sincerely, [signature]

P.S. Please Reply
"Thank You Very Much!!!"