IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**AARON PAUL MCLENDON**                                                                                   **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 2:23-cv-00073-TBM-RPM

**JOHN DOE**                                                                                                    **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 18th day of December, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE